### BELLOWS v. WILLIAMS AND GALLUP.

It is good cause for a challenge, that a juror now impaneled was on the jury when the cause was tried in the lower court, but not sufficient cause to arrest judgment after verdict.

THIS was an action of trover, in which the defendant moved in arrest, after a verdict was found for the plaintiff, because one of the jurors who tried the cause, also sat upon the trial of the same cause before the lower court.    But,

By the whole COURT.    Though the exception to the juror would have been good upon a challenge, it is now too late. The party having waived it then, though information of the fact was before him from the copies, he shall not take advantage of it afterwards to set aside the verdict.    It does not disqualify a juror that he has once before tried the cause, if the parties, notwithstanding, agree to him; which they implicitly do, unless they challenge him.